# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127834(63)(66)

MICHIGAN TOOLING ASSOCIATION
WORKERS COMPENSATION FUND, as
Subrogee of DISTEL TOOL & MACHINE
COMPANY,
      Plaintiff-Appellee,

v

    SC:   127834
    CoA:  249013
    Oakland CC: 01-030684-CK

FARMINGTON INSURANCE
AGENCY, LLC,
      Defendant/Third-Party
      Plaintiff-Appellant,
and

MACHINERY MAINTENANCE
SPECIALISTS, INC.,
      Defendant,
and

EMPLOYERS INSURANCE OF
WAUSAU and WAUSAU INSURANCE
COMPANIES,
      Third-Party Defendants-Appellees.
_____

      On order of the Court, the motion for reconsideration of the order January 20, 2006 is considered and it is DENIED because it does not appear the order was entered erroneously. The motion for extension of time for filing objections to the bill of costs is GRANTED.

      CAVANAGH and KELLY, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2006

_____
Clerk